| | | |
|---|---|---|
| New York<br>Jersey City<br>Philadelphia<br>Los Angeles<br>Miami<br>Fort Lauderdale | <br><br>Please reply to Jersey City Office | Bonita Springs<br>Boca Raton<br>West Palm Beach<br>Orlando<br>Tampa<br>Jacksonville |

March 23, 2022

The Honorable Rene Bumb
United States District Court for the District of New Jersey
4th and Cooper Street
Camden, NJ 08101

**RE: SHAWN CONNOLLY v. NEW JERSEY DEP'T OF CORRECTIONS**
    Docket No. 21-cv-19317

Dear Judge Bumb:

I **do not** represent the Plaintiff in this case, however, he approached me when I worked at a different frim, Wronko Loewen Benucci, seeking help with the case. I did advise him on his case, however, I did NOT enter an appearance for him because he did not have the money to pay a filing fee.

The last time I personally heard from the client, he told me that he was being transferred from Northern State Prison to the Bo Robinson Treatment Center in Trenton, New Jersey. When I got my new job with Lydecker in November 2021, I sent him a letter at Bo Robinson letting him know he would have to find a new attorney to assist him with the case, as Lydecker is a defense firm that does not do plaintiffs' work. This letter was returned.

A few days ago, while I was picking up mail at Wronko Loewen Benucci, I saw a message that he had called the office asking about the status of his case. The message said he was living at the Ann Klein Forensic Center, a psychiatric hospital for people in the legal system.

After checking the docket, I saw that the case had been dismissed for failure to update the court on his new address with 30 days to update the court.

I will forward the Letter regarding the Pre-Trial and order dismissing the case without prejudice to Mr. Connolly at the Ann Klein Forensic Center, but I ask that the court grant him leniency on the 30-day requirement to update the court on his address, as he will get notice of this at least two weeks late, and also, he is obviously struggling with an illness that may affect his ability to litigate at the present moment.

The Address of the Ann Klein Forensic Center is: Stuyvesant Avenue, P.O. Box 7717, West Trenton, NJ 08628.

Sincerely,

/s/Michael Poreda
MICHAEL POREDA

Cc: Shawn Connolly

LYDECKER

1 Evertrust Plaza · Suite 701 · Jersey City · New Jersey 07302 | Tel: 201.676.7692 | Fax: 201.676.7693 | www.lydecker.com



1 Evertrust Plaza · Suite 701 · Jersey City · New Jersey 07302 | Tel: 201.676.7692 | Fax: 201.676.7693 | www.lydecker.com